UNITED STATES of America, Plaintiff–Appellee,

v.

William Joseph KIRK, Defendant–Appellant.

No. 94–50472.

United States Court of Appeals, Fifth Circuit.

March 5, 1996.

E.G. Morris, Morris & Florey, Austin, TX, for Appellant.

Mark R. Stelmach, Richard L. Durbin, Jr., Asst. U.S. Attys., James H. DeAtley, Acting U.S. Atty., San Antonio, TX, for Appellee.

## ON SUGGESTION FOR REHEARING EN BANC

(Opinion November 7, 1995, 5 Cir., 1995, 70 F.3d 791)

Before POLITZ, Chief Judge, and KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.